# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# (AT LOUISVILLE)

| | |
|---|---|
| JULIE BROONER, | ) |
| | ) |
| Plaintiff, | ) Case No. **3:17-cv-00085-JHM-DW** |
| | ) |
| vs. | ) |
| | ) |
| EQUIFAX INFORMATION SERVICES LLC | ) |
| | ) |
| Defendants. | ) |

## AGREED ORDER OF DISMISSAL

Upon agreement of the Plaintiff, Julie Brooner, and the Defendant, Equifax Information Services, LLC, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's claims asserted in this litigation against Equifax Information Services, LLC, are hereby DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.


TENDERED BY:
*/s/David W. Hemminger*
David W. Hemminger
HEMMINGER LAW OFFICE, PSC
616 South Fifth St.
Louisville, KY  40202
(502) 443-1060
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

 I hereby certify that on the 31st day of May, 2017 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

            */s/David W. Hemminger*
            David W. Hemminger